JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RIMA JONES | ) | No. SA CV07-0980-DOC(PJWx) |
|---|---|---|
| Plaintiff, | ) | ORDER DISMISSING CIVIL ACTION |
| v. | ) | |
| KAISER FOUNDATION HOSPITALS, ET. AL., | ) | |
| Defendants. | ) | |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on April 9, 2008.  Plaintiff was ordered to show cause in writing no later than April 25, 2008, why this action should not be dismissed for lack of prosecution.  Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: April 30, 2008

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE